UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAVID M. KIRK,

Plaintiff,

v. CASE NO. 3:26-cv-906-WWB-SJH

NEW YORK SECRETARY OF STATE,

Defendant.
_________________________________/

**ORDER**

Plaintiff's Renewed Motion for Leave to File Electronically and for Reconsideration of Prior Denial ("Motion"), Doc. 32, is **denied**. The Motion does not comply with: (i) the typography requirements of the January 13, 2021, standing order of the presiding District Judge (and, as modified therein, Local Rule 1.08); (ii) Local Rule 3.01(b); or (iii) Local Rule 3.01(g). These deficiencies alone warrant denying the Motion, particularly given the repeated warnings to Plaintiff and similar prior deficient filings. *See* Doc. 4 at 1–2, Doc. 7, Doc. 10, Doc. 12 at 2, Doc. 15, Doc. 28 at 2.

Moreover, contrary to the Motion's premise, the Court has explained why Plaintiff's prior motions to file electronically were denied. *See* Doc. 12; *see also* Doc. 15. And Plaintiff has neither shown good cause for the request to file electronically, *see* Doc. 12, nor a basis for the unusual relief of reconsideration, *see, e.g., DKG Commc'ns, LLC v. RLM Underground, LLC*, No. 2:23-cv-1195-KCD, 2025 WL 1615438, at *1–2 (M.D. Fla. June 6, 2025); *see also Bedgood v. Wyndham Vacation Resorts, Inc.*, No. 6:21-

cv-418-JSS-DCI, 2025 WL 2780254, at *1 (M.D. Fla. Sept. 30, 2025); *Kendall Healthcare Grp., Ltd. v. 1199SEIU, United Healthcare Workers E., Fla. Region*, No. 8:24-cv-785-KKM-CPT, 2025 WL 524286, at *1 (M.D. Fla. Feb. 18, 2025).

**DONE AND ORDERED** in Jacksonville, Florida, on October 29, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* Plaintiff

Counsel of Record